IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | No. 18-4790 |
| | ) | |
| | ) | |
| Kevin Mallory, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

**Unopposed Motion by the United States
To Dismiss Appeal**

The United States, the appellant in this appeal, respectfully moves to dismiss

its appeal voluntarily under Fed. R. App. P. 42(b).  Defendant does not oppose the

United States' motion to dismiss the appeal.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:      /s/
John T. Gibbs
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3775

1

**Certificate of Service and Compliance**

I certify that this motion does not exceed 5,200 words and complies with the requirements of Fed. R. App. P. 27.  I also certify that on March 11, 2019, I filed electronically the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all counsel of record.

          /s/

John T. Gibbs
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3775
John.gibbs@usdoj.gov